For the reasons stated, the judgment of the trial court is reversed and the cause remanded for another trial.

Reversed and remanded.

On Plaintiffs in Error's
Motion for Rehearing.

Plaintiffs in error in their motion for rehearing ask that the portion of the trial court's judgment denying the prayer of defendants in error for reformation of the deed involved in this suit be affirmed, for the reason that it was not appealed from, nor complained of, by either party; and that it is clearly severable from the suit for contribution. In this it appears that plaintiffs in error are correct. They make no complaint of this portion of the judgment; and the defendants in error have not cross assigned any error in this regard.

Our former judgment herein reversing and remanding the cause generally is therefore modified as follows: That portion of the trial court's judgment denying to the defendants in error, plaintiffs below, a reformation of the deed involved is affirmed. In all other respects the judgment of the trial court is reversed and the cause remanded for another trial.

Granted in part and in part overruled.

Sturgeon & Sturgeon, of Pampa, for appellants.

A. A. Lumpkin, of Amarillo, for appellee.

FOLLEY, Justice.

This is an appeal from a judgment in a suit filed by the appellee against the appellants and H. T. Bender seeking a judgment for debt upon a note and foreclosure of an alleged lien upon a truck of the alleged value of $600. Judgment for $767.43 was rendered in favor of the appellee against the appellants only, but without foreclosure.

The appellants have filed no briefs in this court. The appellee has filed a brief in which he asks that we affirm the judgment.

Finding no fundamental error in the record the judgment is affirmed. National Indemnity Underwriters of America v. Shelton, Tex.Civ.App., 115 S.W.2d 1140; McCulley v. Foster et al., Tex.Civ.App., 123 S.W.2d 705, and authorities cited.

**CULLUM et al. v. CULLUM.**

No. 5172.

Court of Civil Appeals of Texas. Amarillo.

June 10, 1940.

**CULLUM et al. v. CULLUM.**

No. 5173.

Court of Civil Appeals of Texas. Amarillo.

June 10, 1940.

Sturgeon & Sturgeon, of Pampa, for appellants.